## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR26** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ARTURO ALARCON MILLAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss without prejudice (Filing No. 114). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against the above-named Defendant.

IT IS ORDERED that the government's motion to dismiss without prejudice (Filing No. 114) is granted.

DATED this 14th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge